IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SAFELITE GROUP, INC. AND SAFELITE SOLUTIONS LLC )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GEORGE JEPSEN, in his official capacity as Attorney General for the State of Connecticut; and THOMAS LEONARDI, in his official capacity as the Commissioner of the Connecticut Insurance Department, )<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 3:13-cv-1068-JBA<br><br><br><br>DECEMBER 4, 2014 |

## **FINAL JUDGMENT AND ORDER**

The Court, having considered the parties' Joint Motion for Entry of Final Judgment and Permanent Injunction and Stipulation of Voluntary Dismissal, it is HEREBY ORDERED THAT:

1. Defendants, in their official capacities, their successors and all other persons in active concert or participation with them are permanently enjoined from enforcing or attempting to enforce Section 38a-354a(c)(2) of the Connecticut General Statutes.

2. No party shall assert, in this action or in any other or further action, any claim for monetary relief arising from the operation of 38a-354a(c)(2), including but not limited to any claim for attorney's fees, costs, expert fees or damages.

3. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,

   a. the Plaintiffs' claims against Connecticut General Statutes sections 38a-345(b)(2) and 38a-354a(b)(2) are voluntarily dismissed without prejudice, and

      b. the Plaintiffs' claims under the dormant commerce clause and 42 U.S.C. § 1983 with respect to Connecticut General Statutes Section 38a-354a(c)(2) are voluntarily dismissed with prejudice.

4. The parties have waived any right to appeal from this order.

SO ORDERED:

Dated: this 8th day of December, 2014

/s/ Janet Bond Arterton, U.S.D.J.
Hon. Janet Bond Arterton
United States District Judge